UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED 2007 SEP 24 AM 10: 43

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | Magistrate Docket No. |
| ) | 07 MJ 2290 |
| Plaintiff, ) | |
| ) | COMPLAINT FOR VIOLATION OF: |
| v. ) | |
| ) | Title 8, U.S.C., Section 1326 |
| **Reyes NIETO-Espino,** ) | Deported Alien Found in the |
| ) | United States |
| ) | |
| Defendant ) | |

The undersigned complainant, being duly sworn, states:

On or about **September 20, 2007** within the Southern District of California, defendant, **Reyes NIETO-Espino,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **24th** DAY OF **SEPTEMBER, 2007**

Anthony J. Battaglia
UNITED STATES MAGISTRATE JUDGE

**CONTINUATION OF COMPLAINT:**
**Reyes NIETO-Espino**

## PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

On September 20, 2007, Border Patrol Agent Y. Ortiz of the Brown Field Station was patrolling in the area of Jamul, California. This area is approximately eight miles east of the Otay Mesa, California Port of Entry and ten miles north of the International Border between the United States and Mexico. This area is commonly frequented by groups of undocumented aliens attempting to further their illegal entry into the United States. At approximately 10:50 p.m., Agent Ortiz was advised by the dispatch center that a seismic intrusion device had been activated on a foot trail near her location.

Upon arriving at a location north of the seismic intrusion device, Agent Ortiz observed a group of six individuals walking northbound on the foot trail towards her location. Agent Ortiz approached the group, identified herself as a Border Patrol Agent in both the English and Spanish language, and conducted field immigration interviews on each of the individuals in order to determine their citizenship and immigration status. When asked where they were born and of what country they were citizens, all six individuals, including one later identified as the defendant **Reyes NIETO-Espino**, stated Mexico. When asked if they possessed any valid U.S. Immigration documents allowing them to enter into or remain within the United States legally, the defendant and the others stated they did not. Agent Ortiz arrested the defendant and the others and arranged for their transportation to the Brown Field Border Patrol Station for processing.

At the station, routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico on September 5, 2007** through **Calexico, California**. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

**Executed on September 22, 2007 at 9:30 a.m.**

_____
Ismael A. Canto
Senior Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of 1 page(s), I find probable cause to believe that the defendant named in this probable cause statement committed the offense on **September 20, 2007**, in violation of Title 8, United States Code, Section 1326.

_____   9/22/07  10:00 AM
Anthony J. Battaglia                Date/Time
United States Magistrate Judge