

AO 455(Rev. 5/85) Waiver of Indictment

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

REYES NIETO-ESPINO

**WAIVER OF INDICTMENT**

CASE NUMBER: 07CR2940-DMS

I, REYES NIETO-ESPINO, the above named defendant, who is accused of Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _____10/30/07_____ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Reyes Nieto Espino_
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER

FILED

OCT 3 0 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY